AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means  ☐ Original  ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
U.S. Postal Service Priority Mail parcel bearing label no. 9405 8036 9930 0812 1560 94 addressed to, Terra Kline, PO Box 489, 2 Reservoir Rd., St. Clairsville, OH 43950-4000, with a return address of, Terra Kline, 2306 Stuart Ave., Albany, GA 31707-1731. )
)
)
)
)
)

Case No. 2.22.mJ.535

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ___Southern___ District of ___Ohio___
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
A quantity of a controlled substance and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Section 841(a)(1).

**YOU ARE COMMANDED** to execute this warrant on or before ___August 17, 2022___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___OH SD - CLERK'S OFFICE___
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of ___.

Date and time issued: ___8/3/2022___

*Judge's signature*

City and state: ___Columbus, Ohio___ ___Elizabeth A. Preston Deavers, U.S. Magistrate Judge___
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed:<br>08/03/2022   12:53 PM | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | U.S. Postal Inspectors AJ Cranor and Jason Parillo | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |
| U.S. Postal Service  Priority Mail package addressed to, Terra Kline, PO Box 489, 2 Reservoir Rd., St. Clairsville, OH 43950-4000 bearing a return address of, Terra Kline, 2306 Stuart Ave., Albany, GA 31707-1731. Approximately 30 grams of amphetamine pills. | | |

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:   08/03/2022

Executing officer's signature

Jarrett W. Arrington, United States Postal Inspector

*Printed name and title*